**[8appeal]** [TRANSMITTAL OF RECORD]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:09–bk–16766–CPM<br>Chapter 11 |
| GPS Industries, Inc.<br>1358 Fruitville Road<br>Sarasota, Fl 34236 | Adv. Proc. No. |

      Debtor(s)    /

v.

## *TRANSMITTAL OF RECORD TO DISTRICT COURT*

*Appeal* pursuant to 28 U.S.C Section 158(a),

    Notice of Appeal Filed on October 09, 2009 .

    The Party or Parties included in the Appeal to the District Court:

        Appellant(s):

                Darryl Cornish and Charles Huston

        Attorney for Appellant(s):

      Stephen A. Roberts,Esquire, 600 Congress Avenue, Suite 1600, Austin, TX 78701, 512–499–3600

Appellee(s):

GPS, Industries

Attorney for Appellee(s):

Richard J. McIntyre, Esquire, 6943 East Fowler Avenue, Temple Terrace, Fl 33617, 813–899–6059

Other:

Title of Order Appealed: Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtor's (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, and (B) Solicitation of Votes and Voting Procedures and (II) Confirming the Debtor's Amended Plan of Reorganization

Date of Order Appealed: October 02, 2009

Items included in transmittal:

- ☑ Notice of Appeal
- ☑ Designation in Appeal (see attached)
- ☐ Designation in Cross Appeal (see attached)
- ☐ Any Answer(s)
- ☑ Transcripts
- ☐ Exhibits
- ☐ Motion for Leave to Appeal
- ☐ Other:

County of Residence: Sarasota .

Date: December 17, 2009.

By: Nita B.
Telephone: 813–301–5025