**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DARRYL CORNISH, et al.**,

    **Appellant(s),**

        **vs.**                          Case No.  8:09-cv-2536-T-17

**GPS INDUSTRIES, INC.,**

    **Appellee(s).**
_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track One Case.  Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties.  All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.  With respect to Track Two and Track Three Cases, parties should utilize the attached Case Management Report form.

                                            SHERYL L. LOESCH, CLERK

                                            By:    C. Leigh-Martin, Deputy Clerk

Date:   December 30, 2009

Distribution:
- Original in Court file
- Copies to plaintiff(s)
    (including habeas petitioner(s),
    bankruptcy appellant(s), and
    removing defendant(s)
- Case Management Report form attached to
    notice designating Track Two or Three case