# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**In re:**

**GPS INDUSTRIES, INC.**                                    Case No. 08:09-cv-02536-EAK
_____/

**DARRYL CORNISH AND CHARLES HUSTON,**
**Appellants,**

**v.**

**GPS INDUSTRIES, INC.,**
**Appellee**
_____/

## NOTICE OF AGREED DISMISSAL

Appellants, Darryl Cornish and Charles Huston, and Appellee, GPS Industries, Inc., by and through their respective, undersigned counsel file this their Notice of Agreed Dismissal pursuant to Bankruptcy Rule 8001(c)(2) and ask the clerk to enter an order dismissing this appeal.

Dated: January 31, 2011

Respectfully submitted,

 /s/ Stephen A. Roberts
Stephen A. Roberts
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
*Admitted Pro Hac Vice*

- and –

        Edward J. Peterson, III
Florida Bar No. 0014612
**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
T 813.229.0144
F 813.229.1811
epeterson@srbp.com

**Attorneys for Charles Huston, Darryl Cornish, as Appellants**


*/s/ Richard J. McIntyre*
Richard J. McIntyre
**MCINTYRE PANZARELLA THANASIDES**
6943 E Fowler Ave.
Temple Terrace, Florida 33617-1714
T 813.899.6059
F 813.899.6069
rich@mcintyrefirm.com

**Attorneys for GPS Industries, Inc., as Appellee**


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Agreed Dismissal was furnished by electronic CM/ECF transmission, by first class U.S. Mail, postage prepaid, or e-mail, on this the 31st day of January, 2011 to:

Richard J. McIntyre, Esq.
McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 E. Fowler Avenue
Temple Terrace, Florida 33617
Email: rich@mcintyrefirm.com

*/s/ Stephen A. Roberts*
Stephen A. Roberts